IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION

| | | |
|---|---|---|
| EMILY BROWN, as parent and guardian of a minor child, T.B., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-168-ALM-KPJ |
| ERIC COULSTON and the CITY of DENTON, | § § § | |
| *Defendants.* | § | |

**EXHIBIT 1 IN SUPPORT OF PLAINTIFF'S SECOND AMENDED COMPLAINT**

Exhibit 1 is a video (.mp4 file) showing the first several minutes of the incident at issue in this lawsuit.  As the file is too large to be filed electronically through the Court's ECF system, it will be copied onto a DVD and mailed to the Court and both Defendants.

Respectfully submitted,

By: */s/ Don Tittle*

Don Tittle
Texas Bar No. 20080200
don@dontittlelaw.com
Roger Topham
Texas Bar No. 24100557
roger@dontittlelaw.com

LAW OFFICES OF DON TITTLE, PLLC
6301 Gaston Avenue, Suite 440
Dallas, Texas  75214
214/522-8400
214/389-1002 – Fax

*ATTORNEYS FOR PLAINTIFFS*

EXHIBIT 1 IN SUPPORT OF PLAINTIFF'S SECOND AMENDED COMPLAINT                                                                                                                                           1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon counsel for Defendant Coulston by electronic service via the Court's CM/ECF system on this the 30th day of May, 2019.  Defendant City of Denton, which has not made an appearance in the case, will be served by mail through its city secretary, Rosa Rios, at 215 E. McKinney St. Suite 100, Denton, TX 76201.

                                               */s/ Roger Topham*
                                               Roger Topham