# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-40432

---

A True Copy
Certified order issued Sep 25, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Emily Brown, as parent and guardian of a minor child, T.B.,

    *Plaintiff—Appellant,*

versus

Eric Coulston; City of Denton,

    *Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-168

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of September 25, 2020, pursuant to appellant's motion.

20-40432

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT