## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>600 S. MAESTRI PLACE,<br>Suite 115<br>NEW ORLEANS, LA 70130 |

September 25, 2020

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 20-40432   Emily Brown v. Eric Coulston, et al
                         USDC No. 4:19-CV-168

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                                     Sincerely,

                                       LYLE W. CAYCE, Clerk

                                     By: _____
                                     Angelique B. Tardie, Deputy Clerk
                                     504-310-7715

cc w/encl:
    Mr. Kevin Michael Curley
    Mr. Jerry Edward Drake Jr.
    Mr. William Andrew Messer
    Mr. Don A. Tittle